IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM RAY COLLINS, # 56532**  **PETITIONER**

v.  CIVIL NO. 1:24cv339-HSO-RPM

**STATE OF MISSISSIPPI**  **RESPONDENT**

### FINAL JUDGMENT

This matter is before the Court sua sponte.  Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 7th day of April, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE